# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MICHAEL E. MCGOVERN | § | Case No. 1:15-06529-ABG |
| ASHLEY E. MCGOVERN | § | |
| | § | |
| | § | |
| Debtors | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RONALD R. PETERSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 01/08/2018 in Courtroom 642,

UNITED STATES BANKRUPTCY COURT
219 S. Dearborn St.
Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/01/2017           By: /s/ Ronald R. Peterson
                                          Trustee

RONALD R. PETERSON
JENNER & BLOCK LLP
353 N. CLARK STREET
38TH FLOOR
CHICAGO, IL  60654-3456

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                             §
                                   §
MICHAEL E. MCGOVERN                §   Case No. 1:15-06529-ABG
ASHLEY E. MCGOVERN                 §
                                   §
          Debtors                  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 4,297.65 |
| and approved disbursements of | $ | 140.00 |
| leaving a balance on hand of[1] | $ | 4,157.65 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: RONALD R. PETERSON | $ 1,074.41 | $ 0.00 | $ 1,074.41 |
| Trustee Expenses: RONALD R. PETERSON | $ 3.41 | $ 0.00 | $ 3.41 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,077.82 |
| Remaining Balance | | $ | 3,079.83 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 433,594.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Iowa Student Loan | $ 248,147.17 | $ 0.00 | $ 1,762.59 |
| 2 | Helena Plaza Llc | $ 59,076.77 | $ 0.00 | $ 419.62 |
| 3 | Banco Popular North America | $ 122,685.94 | $ 0.00 | $ 871.44 |
| 4 | Fifth Third Bank | $ 143.80 | $ 0.00 | $ 1.02 |
| 5 | Fifth Third Bank | $ 3,541.14 | $ 0.00 | $ 25.16 |
| | Total to be paid to timely general unsecured creditors | | | $ 3,079.83 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Ronald R. Peterson
          Trustee

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*38TH FLOOR*
*CHICAGO, IL  60654-3456*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:
Michael E. McGovern
Ashley E. McGovern
    Debtors

Case No. 15-06529-ABG
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1　　　　User: lsims　　　　Page 1 of 1　　　　Date Rcvd: Dec 04, 2017
　　　　　　　　　　　　　　Form ID: pdf006　　Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2017.
```
db/jdb         #Michael E. McGovern,   Ashley E. McGovern,    2018 Concord Drive,    McHenry, IL 60050-8324
24347289       +Banco Popular North America,    Terence G. Tiu, Chuhak & Tecson, PC,    30 S Wacker, Suite 2600,
                 Chicago, IL 60606-7512
24380923       +Fifth Third Bank,    PO Box 9013,    Addison, Texas 75001-9013
22976175       +Helena Plaza LLC,    117 West Rand Road,    Arlington Heights, IL 60004-8715
22976178       +Iowa Student Loan,    6775 Vista Drive,    West Des Moines, IA 50266-9303
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

     ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
24380926*      +Fifth Third Bank,    PO Box 9013,    Addison, Texas 75001-9013
                                                                                       TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2017　　　　　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2017 at the address(es) listed below:
```
              Andrew J Nelson    on behalf of Creditor    M&T Bank as servicer for Lakeview Loan Servicing, LLC
               anelson@atty-pierce.com, northerndistrict@atty-pierce.com
              Christopher M Brown    on behalf of Creditor    M&T Bank as servicer for Lakeview Loan Servicing,
               LLC northerndistrict@atty-pierce.com, Christopher.brown@pierceservices.com
              Joel A Schechter, ESQ    on behalf of Debtor 1 Michael E. McGovern joelschechter1953@gmail.com,
               r60549@notify.bestcase.com
              Joel A Schechter, ESQ    on behalf of Debtor 2 Ashley E. McGovern joelschechter1953@gmail.com,
               r60549@notify.bestcase.com
              Kimberly Bacher    on behalf of U.S. Trustee Patrick S Layng Kimberly.Bacher@usdoj.gov,
               kimberlyabacher@hotmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Ronald R Peterson    on behalf of Trustee Ronald R Peterson rpeterson@jenner.com,
               rpeterson@ecf.epiqsystems.com;docketing@jenner.com
              Ronald R Peterson    rpeterson@jenner.com, rpeterson@ecf.epiqsystems.com;docketing@jenner.com
              Terence G Tiu    on behalf of Creditor    Banco Popular North America ttiu@chuhak.com,
               mdominguez@chuhak.com
              Toni Townsend    on behalf of Creditor    M&T Bank as servicer for Lakeview Loan Servicing, LLC
               toni.townsend@mccalla.com, northerndistrict@mccalla.com
              Tyler J Manic    on behalf of Creditor    Amcap Northpoint, LLC tmanic@schainbanks.com,
               kregnas@schainbanks.com
                                                                                             TOTAL: 11
```