# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| MICHAEL E. MCGOVERN | § | Case No. 1:15-06529-ABG |
| ASHLEY E. MCGOVERN | § | |
| | § | |
| Debtors | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

RONALD R. PETERSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 225,285.43                Assets Exempt: 0.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 3,079.83      Claims Discharged
                                                Without Payment: 1,062,040.88

Total Expenses of Administration: 1,217.82

---

3) Total gross receipts of $ 4,297.65  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 4,297.65  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 339,513.09 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,217.82 | 1,217.82 | 1,217.82 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 3,587.87 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 288,424.93 | 433,594.82 | 433,594.82 | 3,079.83 |
| **TOTAL DISBURSEMENTS** | $ 631,525.89 | $ 434,812.64 | $ 434,812.64 | $ 4,297.65 |

4) This case was originally filed under chapter 7 on 02/25/2015 . The case was pending for 41 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/29/2018              By:/s/RONALD R. PETERSON
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Fifth Third, Checking, Xxxxx6114 | 1129-000 | 4,297.65 |
| **TOTAL GROSS RECEIPTS** | | **$4,297.65** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CarMax Auto Finance 225 Chastain Meadows Court Kennesaw, GA 30144 | | 4,510.86 | NA | NA | 0.00 |
| | CarMax Auto Finance 225 Chastain Meadows Court Kennesaw, GA 30144 | | 10,320.31 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | M & T Bank P.O. Box 619063 Dallas, TX 75261-9063 | | 156,681.92 | NA | NA | 0.00 |
| | Popular Community Bank a/k/a Banco Popular North America P.O. Box 4601 Oak Park, IL 60303 | | 168,000.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 339,513.09** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RONALD R. PETERSON | 2100-000 | NA | 1,074.41 | 1,074.41 | 1,074.41 |
| RONALD R. PETERSON | 2200-001 | NA | 3.41 | 3.41 | 3.41 |
| Associated Bank | 2600-000 | NA | 140.00 | 140.00 | 140.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 1,217.82** | **$ 1,217.82** | **$ 1,217.82** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service Centralized Insolvency Operations P.O. Box 21126,M/S N781 Philadelphia, PA 19114 | | 600.00 | NA | NA | 0.00 |
| | Internal Revenue Service Centralized Insolvency Operations P.O. Box 21126,M/S N781 Philadelphia, PA 19114 | | 837.00 | NA | NA | 0.00 |
| | various | | 2,150.87 | NA | NA | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ 3,587.87 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fifth Third Bank Customer Service MD 1MOC2G-4050 38 Fountain Square Plz. Cincinnati, OH 45263 | | 325.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Helena Plaza LLC 117 West Rand Road Arlington Heights, IL 60004 |  | 54,039.77 | NA | NA | 0.00 |
|  | Iowa Student Loan 6775 Vista Drive West Des Moines, IA 50266-9305 |  | 229,360.16 | NA | NA | 0.00 |
|  | Popular Community Bank a/k/a Banco Popular North America P.O. Box 4601 Oak Park, IL 60303 |  | 4,500.00 | NA | NA | 0.00 |
|  | U.S. Small Business Administration 500 West Madison Street Suite 1150 Chicago, IL 60661 |  | 0.00 | NA | NA | 0.00 |
|  | Village of Palatine c/o Armor Systems Co. 1700 Kiefer Drive, Suite1 Zion, IL 60099 |  | 200.00 | NA | NA | 0.00 |
| 3 | Banco Popular North America | 7100-000 | NA | 122,685.94 | 122,685.94 | 871.44 |
| 5 | Fifth Third Bank | 7100-000 | NA | 3,541.14 | 3,541.14 | 25.16 |
| 1 | Iowa Student Loan | 7100-000 | NA | 248,147.17 | 248,147.17 | 1,762.59 |
| 4 | Fifth Third Bank | 7100-001 | NA | 143.80 | 143.80 | 1.02 |
| 2 | Helena Plaza Llc | 7100-001 | NA | 59,076.77 | 59,076.77 | 419.62 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 288,424.93 | $ 433,594.82 | $ 433,594.82 | $ 3,079.83 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-06529 | ABG | Judge: | A. Benjamin Goldgar | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|---|---|
| Case Name: | MICHAEL E. MCGOVERN | | | | Date Filed (f) or Converted (c): | 02/25/2015 (f) |
| | ASHLEY E. MCGOVERN | | | | 341(a) Meeting Date: | 04/06/2015 |
| For Period Ending: | 06/29/2018 | | | | Claims Bar Date: | 06/06/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2018 North Concord Drive Mchenry, Il 60050 | 110,000.00 | 0.00 | | 0.00 | FA |
| 2. Fifth Third, Checking, Xxxxx6114 | 103.33 | 0.00 | | 4,297.65 | FA |
| 3. Fifth Third, Business Checking, Xxxxx7988 | 4,194.32 | 0.00 | | 0.00 | FA |
| 4. Fifth Third, Savings, Xxxxx6108 | 200.00 | 0.00 | | 0.00 | FA |
| 5. Fifth Third, Savings, Xxxx2574 | 0.00 | 0.00 | | 0.00 | FA |
| 6. Bmo Harris, Business Checking, Xxx8745 | 382.35 | 0.00 | | 0.00 | FA |
| 7. Bmo Harris, Checking, Xxx8737 | 639.76 | 0.00 | | 0.00 | FA |
| 8. Bmo Harris, Savings, Xxxx2941 | 100.00 | 0.00 | | 0.00 | FA |
| 9. Security Deposit With Landlord For Business | 1,660.00 | 0.00 | | 0.00 | FA |
| 10. Television, Television Stand, Leather Couch, Lamp, Stereo, B | 2,850.00 | 0.00 | | 0.00 | FA |
| 11. Misc Books, Pictures, Painting | 4,000.00 | 0.00 | | 0.00 | FA |
| 12. Necessary Wearing Apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| 13. Wedding Band, Engagement Ring, Costume Jewelry, Earrings | 3,000.00 | 0.00 | | 0.00 | FA |
| 14. Golf Clubs, Camping Equipment, Misc Sporting Goods | 300.00 | 0.00 | | 0.00 | FA |
| 15. Homeowners' Insurance | 0.00 | 0.00 | | 0.00 | FA |
| 16. Health Insurance | 0.00 | 0.00 | | 0.00 | FA |
| 17. Term Life Insurance | 0.00 | 0.00 | | 0.00 | FA |
| 18. 401(K) Through Employment, Vanguard | 39,000.00 | 0.00 | | 0.00 | FA |
| 19. Pension Through Employer | 20,000.00 | 0.00 | | 0.00 | FA |
| 20. Misc Accounts Receivable Of Chiropractic Practice | 11,774.00 | 0.00 | | 0.00 | FA |
| 21. Nursing License | 0.00 | 0.00 | | 0.00 | FA |
| 22. Doctor Of Chiropractic | 0.00 | 0.00 | | 0.00 | FA |
| 23. 2005 Ford 500 | 4,500.00 | 0.00 | | 0.00 | FA |
| 24. 2010 Toyota Prius | 16,260.00 | 0.00 | | 0.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit 8

| Case No: | 15-06529 | ABG | Judge: | A. Benjamin Goldgar | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|---|---|
| Case Name: | MICHAEL E. MCGOVERN | | | | Date Filed (f) or Converted (c): | 02/25/2015 (f) |
| | ASHLEY E. MCGOVERN | | | | 341(a) Meeting Date: | 04/06/2015 |
| For Period Ending: | 06/29/2018 | | | | Claims Bar Date: | 06/06/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 25.  Bookcases, Shelving Unit, 9 Office Chairs, Computer, Front D | 4,325.00 | 0.00 | | 0.00 | FA |
| 26.  Nutritional Supplements, Bands | 1,000.00 | 0.00 | | 0.00 | FA |
| 27.  (2) Cats | 100.00 | 0.00 | | 0.00 | FA |
| 28.  Stock - Mind Body Spirit Service Corp. (100%) corporation fo | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)         $225,388.76         $0.00         $4,297.65         $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

April 25, 2018:  TFR filed 11/30/17; checks cut 1/18/2018. I have stopped payment on the uncashed check. I can now issue a check to the Court for the unclaimed funds and file a TDR.

April 22, 2017:  The debtor turned over a small amount of cash; I expect to close the case in the next 90 days.

August 31, 2015, 04:34 pm: Wrote demand letter to Joel Schechter re bank accounts,

April 8, 2018: TFR filed, checks out, and waiting for checks to clear.

Initial Projected Date of Final Report (TFR): 11/30/2016        Current Projected Date of Final Report (TFR): 07/31/2017

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | |
|---|---|---|---|
| Case No: | 15-06529 | Trustee Name: | RONALD R. PETERSON |
| Case Name: | MICHAEL E. MCGOVERN | Bank Name: | Associated Bank |
| | ASHLEY E. MCGOVERN | Account Number/CD#: | XXXXXX8869 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX4060 | Blanket Bond (per case limit): | $54,824,000.00 |
| For Period Ending: | 06/29/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/11/16 | 2 | Ashley McGovern | Bank Account | 1129-000 | $4,297.65 | | $4,297.65 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,287.65 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,277.65 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,267.65 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,257.65 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,247.65 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,237.65 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,227.65 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,217.65 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,207.65 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,197.65 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,187.65 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,177.65 |
| | | | Page Subtotals: | | $4,297.65 | $120.00 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 15-06529 | Trustee Name: | RONALD R. PETERSON | |
| Case Name: | MICHAEL E. MCGOVERN | Bank Name: | Associated Bank | |
| | ASHLEY E. MCGOVERN | Account Number/CD#: | XXXXXX8869 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX4060 | Blanket Bond (per case limit): | $54,824,000.00 | |
| For Period Ending: | 06/29/2018 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,167.65 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,157.65 |
| 01/18/18 | 1001 | RONALD R. PETERSON JENNER & BLOCK LLP CHICAGO, IL 60654-3456 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,074.41 | $3,083.24 |
| 01/18/18 | 1002 | Clerk, U.S. Bankruptcy Court | Remit to Court | | | $4.43 | $3,078.81 |
| | | RONALD R. PETERSON | Final distribution representing a payment of 100.00 % per court order. | ($3.41) 2200-001 | | | |
| | | Fifth Third Bank | Final distribution to claim 4 representing a payment of 0.71 % per court order. | ($1.02) 7100-001 | | | |
| 01/18/18 | 1003 | Iowa Student Loan 6775 Vista Drive West Des Moines, Ia 50266-9305 | Final distribution to claim 1 representing a payment of 0.71 % per court order. | 7100-000 | | $1,762.59 | $1,316.22 |
| 01/18/18 | 1004 | Helena Plaza Llc 117 West Rand Road Arlington Heights, Il 60004 | Final distribution to claim 2 representing a payment of 0.71 % per court order. | 7100-000 | | $419.62 | $896.60 |
| 01/18/18 | 1005 | Banco Popular North America Terence G. Tiu, Chuhak & Tecson, Pc 30 S Wacker, Suite 2600 Chicago, Il 60606 | Final distribution to claim 3 representing a payment of 0.71 % per court order. | 7100-000 | | $871.44 | $25.16 |
| 01/18/18 | 1006 | Fifth Third Bank Po Box 9013 Addison, Texas 75001 | Final distribution to claim 5 representing a payment of 0.71 % per court order. | 7100-000 | | $25.16 | $0.00 |
| 01/22/18 | 1002 | Clerk, U.S. Bankruptcy Court | Remit to Court Reversal Clerk rejected and returned the check. | | | ($4.43) | $4.43 |
| | | RONALD R. PETERSON | Final distribution representing a payment of 100.00 % per court order. | $3.41 2200-000 | | | |

|  |  |  |  |
|---|---|---|---|
| | Page Subtotals: | $0.00 | $4,173.22 |

UST Form 101-7-TDR (10/1/2010) (Page: 11)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 15-06529 | Trustee Name: RONALD R. PETERSON | |
| Case Name: MICHAEL E. MCGOVERN | Bank Name: Associated Bank | |
| ASHLEY E. MCGOVERN | Account Number/CD#: XXXXXX8869 | |
| | Checking | |
| Taxpayer ID No: XX-XXX4060 | Blanket Bond (per case limit): $54,824,000.00 | |
| For Period Ending: 06/29/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Fifth Third Bank | Final distribution to claim 4 representing a payment of 0.71 % per court order. | $1.02 | 7100-000 | | | |
| 01/22/18 | 1007 | Ronald R Peterson<br>353 North Clark Street<br>Chicago, Illinois 60654-3456 | Trustee Expenses | | 2200-000 | | $3.41 | $1.02 |
| 01/22/18 | 1008 | Fifth Third Bank | Distribution to Creditors | | 7100-000 | | $1.02 | $0.00 |
| 04/24/18 | 1004 | Helena Plaza Llc<br>117 West Rand Road<br>Arlington Heights, Il 60004 | Final distribution to claim 2 representing a payment of 0.71 % per court order. Reversal | | 7100-000 | | ($419.62) | $419.62 |
| 05/11/18 | 1009 | Clerk, U.S. Bankruptcy Court | Remit to Court | | 7100-001 | | $419.62 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $4,297.65 | $4,297.65 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $4,297.65 | $4,297.65 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $4,297.65 | $4,297.65 |

| | | |
|---|---|---|
| UST Form 101-7-TDR (10/1/2010) *(Page: 12)* | Page Subtotals: $0.00 | $4.43 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8869 - Checking | $4,297.65 | $4,297.65 | $0.00 |
| | $4,297.65 | $4,297.65 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $4,297.65 |
| Total Gross Receipts: | $4,297.65 |

Page Subtotals: $0.00   $0.00